ELLA G. LIBBY, Appellant, *v.* EDMUND VAN DERZEE et al., Respondents.

(Submitted January 18, 1904; decided January 26, 1904.)

Motion for reargument denied, with ten dollars costs. (See 176 N. Y. 591.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN C. McGEE, Appellant, *v.* JOHN N. PARTRIDGE, as Police Commissioner of the City of New York, Respondent.

(Submitted January 18, 1904; decided January 26, 1904.)

Motion for reargument denied, with ten dollars costs. (See 176 N. Y. 605.)

---

MAX HAUSMAN, Appellant, *v.* ELIZABETH HERDTFELDER, Respondent.

*Hausman* v. *Herdtfelder*, 81 App. Div. 46, appeal withdrawn.
(Submitted January 18, 1904; decided January 26, 1904.)

MOTION to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1903, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

The motion was made on the ground that the order appealed from failed to state that the reversal by the Appellate Division was upon the law and not upon the facts.

*Benjamin F. Feiner* for motion.

*I. Newton Williams* and *Charles Caldwell* opposed.

Motion granted upon payment of costs in this court including an argument fee,